**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00287-REB-07

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.  TROY SAGO,

    Defendant.

---

## MINUTE ORDER[1]

---

    On **October 20, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set a hearing on defendant's **Motion For Production of Digital Scale For Analysis By Independent Expert** [#682][2] filed September 14, 2011. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: October 18, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#682]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.