**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00287-REB-07

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7. TROY SAGO,

    Defendant.

## MINUTE ORDER[1]

    At the oral request of the parties, the hearing set for March 27, 2012, at 9:00 a.m. on the motion to withdraw counsel, is **VACATED** at 9:00 a.m., and is **RESET** to **1:30 p.m.** on March 27, 2012. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: March 22, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.