# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00287-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6. NATHANIEL AUGUSTUS SMITH, III, and
7. TROY SAGO,

    Defendants.

## MINUTE ORDER[1]

On April 13, 2012, the court conducted a telephonic setting conference to reset the in-court setting conference in this matter. After conferring with the parties and with their consent,

**IT IS ORDERED** as follows:

1. That on **May 17, 2012**, commencing at 2:30 p.m., the court shall conduct an in-court setting conference, at which time the court will set **Defendant Sago's Motion For Severance From Co-Defendants** [#456]; **Motion By Troy Sago For Severance of Counts** [#745]; defendant Sago's **Amendment To Motion For Severance of Counts (#745)** for hearing and will set the matter for trial and Trial Preparation Conference; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant Sago's appearance for this conference.

    Dated: April 13, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.