**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 08-cr-00287-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TROY SAGO,
    a/k/a "T,"

    Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on December 14, 2012,

**IT IS ORDERED** that defendant Troy Sago is sentenced to **time served**.

Dated: December 14, 2012

                                BY THE COURT:

                                s/ Robert E. Blackburn
                                ROBERT E. BLACKBURN,
                                UNITED STATES DISTRICT JUDGE