**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00287-REB-06

UNITED STATES OF AMERICA,

      Plaintiff,

v.

6.  NATHANIEL AUGUSTUS SMITH, III,

      Defendant.

---

**MINUTE ORDER[1]**

---

      On April 11, 2013, the court conducted a telephonic setting conference to reset the sentencing hearing for this defendant. After conferring with counsel and with their consent,

      **IT IS ORDERED** as follows:

      1.  That on **June 12, 2013**, commencing at 1:30 p.m., the court shall conduct the sentencing hearing in this matter. The court reserving 90 minutes; and

      2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated:  April 11, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.